UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LUND MINERAL TRUST, | Case No. CV-20-72 -BLG-SPW |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| KRAKEN OIL & GAS, LLC, ET AL., | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

Judgment is entered in favor of Defendant Kraken Oil & Gas, LLC and against Plaintiff Lund Mineral Trust as stated in the Court's Order E.C.F. 13.

Dated this 17th day of November 2020.

TYLER P. GILMAN, CLERK

By: /s/ E.Hamnes
E.Hamnes , Deputy Clerk